AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
| --- | --- | --- |
| | McALLEN DIVISION | |

UNITED STATES OF AMERICA
V.
**Mario Luis MARTINEZ-LOPEZ**

United States Courts
Southern District of Texas
FILED

*January 03, 2026*

Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

**Case Number:**        **M-26-0024-M**

IAE        YOB:        1994
Mexico

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about        **January 2, 2026**        in        **Starr**        County, in

the        **Southern**        District of        **Texas**

The Defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title        **8**        United States Code, Section(s)        **1326**        **(Felony).**
I further state that I am a(n)        **Border Patrol Agent**        and that this complaint is based on the following facts:

**Mario Luis MARTINEZ-LOPEZ was encountered by Border Patrol Agents near Roma, Texas, on January 2, 2026. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 2, 2026, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on September 26, 2025, through Brownsville, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.**

Continued on the attached sheet and made a part of this complaint:                ☐ Yes   ☒ No

Complaint authorized by AUSA M. Phelps

Submitted by reliable electronic means, sworn to and attested
telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

January 3, 2026                **2:42 PM**

Nadia S. Medrano                , U.S. Magistrate Judge
Name and Title of Judicial Officer

/s/        Jonathan J. Quintero
Signature of Complainant

Jonathan J. Quintero, Border Patrol Agent

Signature of Judicial Officer